No. 72–304.  HOWARD, WARDEN *v.* HEMPHILL.  C. A. 6th Cir.  Certiorari denied.

No. 72–679.  UNITED MINE WORKERS OF AMERICA ET AL. *v.* YABLONSKI ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 72–1059.  SCREEN EXTRAS GUILD *v.* KERR.  C. A. 9th Cir.  Certiorari denied.

No. 72–1119.  GOLDEN GRAIN MACARONI Co. *v.* FEDERAL TRADE COMMISSION.  C.A. 9th Cir.  Certiorari denied.

No. 72–1165.  KAPRELIAN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 72–1181.  PRIM *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 72–1183.  GIANONE ET AL., DBA GIANONE'S STEAK HOUSE *v.* ALCOHOLIC BEVERAGE CONTROL BOARD OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 72–1268.  WILLIAMS *v.* AETNA LIFE & CASUALTY Co.  C. A. 5th Cir.  Certiorari denied.

No. 72–1271.  BRUMBAUGH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.